UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KENNETH HAMMOND, | ) | No. 3:22-CV-30071 |
| Plaintiff, | ) | |
| v. | ) | |
| SPRINGFIELD TERMINAL RAILWAY COMPANY AND PAN AM RAILWAYS, INC., | ) | |
| Defendant. | ) | |

### JOINT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff, Kenneth Hammond, and Defendants, Pan Am Railways, Inc. ("PAR") and Springfield Terminal Railway Company ("STRC"), jointly and respectfully move this Court to extend the current **November 17, 2023 deadline** under the Scheduling Order for completion of fact discovery **by a period of approximately ninety (90) days**, and adjust the remaining pretrial deadlines accordingly, as set forth in more detail below.

In support of this Motion, the Parties state as follows:

1. This action was filed on May 31, 2022, and the Parties submitted their Local Rule 16.1 Joint Statement for Scheduling Conference November 22, 2022. Other than the proposed date for a final pretrial conference, the Court accepted the Parties' proposed schedule.

2. Since submission of the Joint Statement, the Parties have participated in meaningful written discovery, including exchanging initial disclosures, propounding and responding to written discovery, producing relevant documents, and service of records authorizations. The Parties satisfied the February 3, 2023, interim deadline for service of all written discovery requests.

3.     Since submission of the Joint Statement, that Parties have collaborated on execution of multiple records authorizations and Defendants have sought records from numerous health care providers who treated Plaintiff. Defendants' records collection is ongoing.

4.     The Parties have discussed scheduling approximately 11 depositions, including current and former employees of Defendant STRC, and of the Plaintiff. Deposition notices have issued.

5.     Scheduling depositions has been impacted by the Summer and Fall 2023 trial schedules of counsel. In addition, a recent corporate reorganization among Defendants has impacted the employment status of a number of former STRC employees believed to have knowledge of the events related to this lawsuit, but who are now employed by a different railroad company.

6.     The requested extension is sought to allow a reasonable period of additional time to complete medical records collection, to accommodate counsels' trial schedule, and to coordinate scheduling the depositions for former STRC employees.

7.     The additional time will also allow the Parties the opportunity to conduct an inspection of the vehicle involved in Plaintiff's accident that was previously scheduled for earlier this year but had to be postponed.

8.     In addition, the Parties propose that the Court build into a new Schedule Order a sixty (60) day period after the completion of fact discovery so that the Parties may attempt to mediate this matter before commencing expert discovery. The Parties submit that this case may lend itself to a productive mediation immediately following completion of fact discovery.

9.     If the requested extension is allowed, the revised upcoming deadlines would be as follows:

a. All depositions, other than expert deposition must be completed by: **February 16, 2024.**

b. **Final Fact Discovery Deadline**. All discovery, other than expert discovery, must be completed by **February 16, 2024**.

c. **Status conference**. A status conference will be held on or about **February 28, 2024**, subject to the Court's availability.

d. **Mediation Period.** The Parties shall explore, and if agreed upon, conduct a mediation by **March 29, 2024**.

e. **Expert Discovery.**

   i. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by **May 24, 2024**.

   ii. Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **June 24, 2024**.

   iii. All trial experts must be deposed by **September 23, 2024.**

f. **Dispositive Motions.**

   i. Dispositive motions, such as motions for summary judgment, partial summary judgment, and motions for judgment on the pleadings, must be filed by **October 24, 2024.**

   ii. Oppositions to dispositive motions must be filed within 30 days after service of the motion.

g. A hearing on any filed dispositive motions will be held on **January 15, 2025**, at 10:00 AM. If no dispositive motions are filed, the hearing will be converted into an initial pretrial conference.

10. The requested extension should not unduly impact the timely resolution of this complex personal injury matter, as it will still be on schedule to be resolved within approximately three years from the date of filing, and no party will be prejudiced by the allowance of this Motion.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and that Scheduling Order be amended by extending the existing deadlines for completion of fact discovery by approximately ninety (90) days, and adjust the other remaining deadlines as set forth herein.

Respectfully submitted,

| | |
|---|---|
| PAN AM RAILWAYS, INC., and SPRINGFIELD TERMINAL RAILWAY COMPANY, | KENNETH HAMMOND, |
| By its Attorneys, | By his Attorneys, |
| */s/ Francis R. Powell* <br> Francis R. Powell, Esq. (BBO #641325) <br> francis.powell@nelsonmullins.com <br> Nelson Mullins Riley & Scarborough LLP <br> One Financial Center, Suite 3500 <br> Boston, MA  02111 <br> Tel. (617) 217-4700 <br> Fax (617) 217-4710 | */s/ Michael Aleo* <br> Thomas Lesser, (BBO #295000) <br> Lesser@Lnn-Law.com <br> Michael Aleo, BBO #672071) <br> Aleo@Lnn-Law.com <br> Lesser, Newman, Aleo & Nasser, LLP <br> 39 Main Street <br> Northampton, MA  01060 <br> Tel (413) 584-7331 <br> Fax (413) 586-7076 |

Dated:  November 1, 2023

## CERTIFICATE OF SERVICE

I, Francis R. Powell, hereby certify that on November 1, 2023, a copy of the foregoing was served upon all counsel of record through the ECF filing system.

*/s/ Francis R. Powell*
Francis R. Powell